**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MACROSOLVE, INC.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **No. 6:12cv385 MHS-JDL** |
| | § | |
| **LINKEDIN CORPORATION** | § | **JURY DEMANDED** |
| **Defendant.** | § | |
| | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 54). The Magistrate Judge recommends denying LinkedIn's Motions to Dismiss For Failure to State a Claim (Doc. Nos. 12, 22). The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, the motions to dismiss (Doc. Nos. 12, 22) are hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 27th day of February, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE